Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293

*Counsel for Plaintiffs
and the Proposed Classes*

Megan O'Neill (SBN 220147)
moneill@dtolaw.com
DTO LAW
2400 Broadway, Suite 200
Redwood City, CA 94063
Telephone: (415) 630-4100
Facsimile: (415) 630-4105

Justin T. Goodwin (SBN 278721)
jgoodwin@dtolaw.com
David Ramirez-Galvez (SBN 313544)
dramirezgalvez@dtolaw.com
Nicole G. Malick (SBN 335754)
nmalick@dtolaw.com
DTO LAW
601 South Figueroa Street, Suite 2130
Los Angeles, CA 90017
Telephone: (213) 335-6999
Facsimile: (213) 335-7802

*Attorneys for Defendant HP INC.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HENRY SO and DANIEL DYKE, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>HP, INC. d/b/a HP COMPUTING AND PRINTING INC., a Delaware Corporation<br><br>Defendant. | Case No. 5:22-cv-02327-PCP<br><br>STIPULATION AND [PROPOSED] ORDER SETTING CASE MANAGEMENT SCHEDULE<br><br>Honorable P. Casey Pitts |

STIPULATION AND ~~PROPOSED~~ ORDER        CASE NO. 5:22-cv-02327-PCP
SETTING CASE MANAGEMENT SCHEDULE`

Pursuant to the Court's October 12, 2023 Order (ECF 62), Plaintiffs Henry So and Daniel Dyke, and Defendant HP Inc. jointly submit the following proposed Case Management Schedule.

| Event | Proposed Date |
| --- | --- |
| Deadline to Amend Pleadings | 10/27/2023 |
| Deadline to file class certification motion and for Plaintiffs to serve any expert disclosures and reports pursuant to Rule 26(a)(2) relating to class certification. | 8/30/2024 |
| Deadline to file opposition to class certification motion and for Defendant to serve any rebuttal expert disclosures and reports pursuant to Rule 26(a)(2) relating to class certification; and move to limit or exclude Plaintiff's class certification expert testimony. | 10/25/2024 |
| Deadline to file reply re class certification and move to limit or exclude HP's class certification expert testimony | 11/27/2024 |
| Last day to conduct mediation | 12/15/2024 |
| Deadline to designate opening expert testimony and full Opening Expert Reports under 26(a)(2) | 1/17/2025 |
| Opposition Expert Reports Due | 2/28/2025 |
| Rebuttal expert disclosures due | 3/21/2025 |
| Expert discovery cut−off | 4/4/2025 |
| Close of fact discovery | 4/4/2025 |
| Last day for hearing dispositive motions | To be set following notice period to class, if applicable. |

| Event | Proposed Date |
|---|---|
| Trial date | To be set following notice period to class, if applicable. |

Respectfully submitted,

Dated: October 18, 2023       By:        /s/ Marie N. Appel

MORGAN & MORGAN
COMPLEX LITIGATION GROUP
Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293

*Counsel for Plaintiffs
and the Proposed Classes*

Dated: October 18, 2023       By:        /s/ Megan O'Neill

Megan O'Neill (SBN 220147)
moneill@dtolaw.com
DTO LAW
2400 Broadway, Suite 200
Redwood City, CA 94063
Telephone: (415) 630-4100
Facsimile: (415) 630-4105

Justin T. Goodwin (SBN 278721)
jgoodwin@dtolaw.com
David Ramirez-Galvez (SBN 313544)
dramirezgalvez@dtolaw.com
Nicole G. Malick (SBN 335754)
nmalick@dtolaw.com
DTO LAW
601 South Figueroa Street, Suite 2130
Los Angeles, CA 90017
Telephone: (213) 335-6999
Facsimile: (213) 335-7802

*Attorneys for Defendant HP INC.*

**ECF ATTESTATION**

I, Marie N. Appel, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(I)(3), I attest that Megan O'Neill has concurred to this filing.

Dated: October 18, 2023                    By:      /s/ Marie N. Appel

1  Pursuant to stipulation, IT IS SO ORDERED.

3  Dated: __October 19__, 2023    _____
     Hon. P. Casey Pitts
     United States District Judge