Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
Shelby Serig (Admitted Pro Hac Vice)
sserig@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 846-3862
Facsimile: (415) 358-6293

*Counsel for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HENRY SO and DANIEL DYKE, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>HP INC. d/b/a HP COMPUTING AND PRINTING INC., a Delaware Corporation | Case No. 5:22-cv-02327-PCP<br><br>**NOTICE OF SETTLEMENT**<br><br>Hon. P. Casey Pitts<br><br>ACTION FILED: APRIL 14, 2022 |

PLEASE TAKE NOTICE that Plaintiffs, Henry So and Daniel Dyke and Defendant, HP Inc., have reached an agreement to resolve all claims between Plaintiffs and Defendant pending in this action. The Parties have executed a written settlement agreement and, upon completion of certain terms, a notice of dismissal with prejudice as to Plaintiffs will be filed in this action in accordance with Federal Rule of Civil Procedure 41(a)(1).

Dated: October 25, 2024

**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**

By:   */s/ Michael F. Ram*
MICHAEL F. RAM (SBN 104805)
mram@forthepeople.com
MARIE N. APPEL (SBN 187483)
mappel@forthepeople.com
Shelby Serig (Admitted Pro Hac Vice)
sserig@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, California 94102
Telephone: (415) 846-3862
Facsimile: (415) 358-6293

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 25, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Michael F. Ram