UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY SO, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>HP, INC.,<br><br>        Defendant. | Case No.  22-cv-02327-PCP<br><br>**ORDER TO SHOW CAUSE RE: NOTICE TO PUTATIVE CLASS MEMBERS** |

On October 20, 2024, the parties to this litigation stipulated to its dismissal under Federal Rule 41(a)(1)(A)(ii). Although Rule 23 permits the plaintiffs in a putative class action to dismiss the action prior to class certification without a court order, the Court is concerned that members of the putative class, in reliance on the pendency of this matter, may have refrained from pursuing their own claims against the defendant. This is particularly true because this case has been pending for more than two years and more than one year ago the Court denied in part defendant's motion to dismiss the putative class claims. Accordingly, on or before November 8, 2024, the parties must each file a supplemental brief of no more than five pages showing cause why the Court should not order that notice of the case's dismissal be provided to putative class members at the parties' expense.

**IT IS SO ORDERED.**

Dated: October 31, 2024

P. Casey Pitts
United States District Judge